UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Frances M. Taylor
Robert Z Taylor

Debtor(s)

Case No. 18-25876 / KCF

Hearing Date: November 28, 2018 10:00 am

Judge: Kathryn C. Ferguson

Chapter: 13

**TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN**

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

    **1) Must provide a copy of TD Bank Savings account for current quarter of 2018. 2) Need copy of auto insurance renewal.**

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided. The Trustee's calculations are higher for the following reason(s): Income verifies higher on Schedule I. Net income is $1,042.80. Plan length may be shortened.**

**The Plan provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11 U.S.C. § 1325(a)(4): There is $2000 equity in 2011 Ford F150 and $1000 equity in 2000 Subaru and $15,571.06 in TD Bank Savings Account. Plan must remain 100%.**

**1) Must amend the Disclosure Statement to pay fees through the plan.**
**2) Must resolve estimated IRS priority and unsecured claims**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

    /s/ Albert Russo
    Albert Russo
    Standing Chapter 13 Trustee
    by: Mary Krieger, Staff Attorney