UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE: | : | |
|---|---|---|
| Frances M Taylor | : | Chapter 13 |
| Robert Z Taylor | : | |
| | : | |
| Debtor | : | Case No.: 18-25876KCF |

## **MOTION TO RECONSIDER DISMISSAL**

The Debtor hereby respectfully requests this Honorable Court reconsiders its Order dismissing the Debtors' Chapter 13 Bankruptcy, and avers the following:

1. The Debtors filed the instant Chapter 13 Bankruptcy on or about August 8, 2018. This was an emergency filing and the Chapter 13 Plan was filed on September 2, 2018.

2. Said Bankruptcy was issued case number 18-25876KCF.

3. On January 22, 2019, Debtors' filed an Amended Plan in response to pending Objections from the Mortgage Company, for which a Consent Order was to be received, and the Chapter 13 Trustee's objection. In addition to the Amended Plan, Debtors' previous years taxes were to be filed prior to the Confirmation Hearing.

4. On January 22, 2019, due to the filing of the Amended Plan, Debtors' Counsel requested an adjournment of the January 23, 2019 Confirmation hearing. Counsel was advised, however, that they would need to attend the Confirmation hearing on January 23, 2019.

5. The morning of the January 23, 2019, Confirmation Hearing, prior to the scheduled 10:00am hearing, the matter was listed as continued to February 27,

2019 (see number 42 on the docket). Accordingly, Counsel did not appear due to the adjournment.

6. Later that same day, January 23, 2019, the case was docketed as dismissed.

7. Debtors' Counsel's reason for not attending the Confirmation Hearing on January 23, 2019, was solely due to the confusion of the docketed adjournment.

WHEREFORE, the Debtors humbly request that this Court reconsider its Order dismissing the instant Chapter 13 Bankruptcy, and reinstate the Debtors' Bankruptcy case.

Dated: February 5, 2019

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
Sadek and Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008